IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MYRNA SULLENS,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and DOES 1-5,<br><br>        Defendant. | CV 25-213-M-KLD<br><br>ORDER OF RECUSAL |

    I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson. Accordingly, I ask that this case be reassigned.

    DATED this 15th day of December, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge